Case 4:08-cr-00426-JMM   Document 44   Filed 12/13/13   Page 1 of 4

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 13 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA
v.
BOBBY SHANE PARKER

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:08cr00426-01 JMM
USM No. 25422-009

Justin Eisele
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   Standard and Special   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard 5 | Failure to work regularly at a lawful occupation | 10/28/2013 |
| Standard 6 | Failure to notify of change of address | 10/26/2013 |
| Special 1 | Failure to complete residential re-entry program | 10/26/2013 |
| Special 2 | Failure to report for drug testing | 11/25/2013 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8372

Defendant's Year of Birth:  1974

City and State of Defendant's Residence:
Romance, Arkansas

12/13/2013
Date of Imposition of Judgment

_____
Signature of Judge

JAMES M. MOODY        U.S. District Judge
Name and Title of Judge

12/13/2013
Date

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
          Sheet 1A

Judgment—Page 2 of 4

DEFENDANT: BOBBY SHANE PARKER
CASE NUMBER: 4:08cr00426-01 JMM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special 5 | Failure to pay restitution | 10/08/2013 |

AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
        Sheet 2— Imprisonment

Judgment — Page 3 of 4

DEFENDANT: BOBBY SHANE PARKER
CASE NUMBER: 4:08cr00426-01 JMM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

TEN (10 )MONTHS

☑ The court makes the following recommendations to the Bureau of Prisons:

The defendant shall participate in non-residentual substance abuse treatment.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☑ before 2 p.m. on  01/06/2014  .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
   DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 5 — Criminal Monetary Penalties

Judgment — Page 4 of 4

DEFENDANT: BOBBY SHANE PARKER
CASE NUMBER: 4:08cr00426-01 JMM

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ | $ | $ 1,793.17 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Little Rock Misubishi |  | $1,259.32 |  |
| First Security Bank |  | $583.85 |  |
| **TOTALS** | $ 0.00 | $ 1,843.17 |  |

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

　　☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

　　☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.